UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLAN PALL | : | |
| | : | |
| v. | : | CASE NO.  3:03CV842 (AWT) |
| | : | |
| KPMG, LLP, JOSEPH T. BOYLE, | : | |
| MICHAEL CONWAY, ANTHONY DOLANSKI, | : | |
| and RONALD SAFRAN | : | |
| | : | |
| and | : | |
| | : | |
| XEROX CORPORATION | : | |

<u>JUDGMENT</u>

This action having come on for consideration of the defendants' motions to dismiss, before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling granting the motions, it is therefore,

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 6th day of October, 2006.

KEVIN F. ROWE, Clerk


By _____/s/lik_____
        Linda I. Kunofsky
        Deputy in Charge